UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY SKAINS,
    Plaintiff,

v.

MICHAEL SEPULVEDA, et al.,
    Defendants.

Case No. 12-cv-00087-WHO (PR)

**ORDER EXTENDING TIME**

Plaintiff Randy Skains's motion to extend time to file an opposition to defendants' motion for summary judgment (Docket No. 68) is GRANTED. The opposition shall be filed on or before May 18, 2015. The Clerk shall terminate Docket No. 68.

**IT IS SO ORDERED.**

**Dated:** March 25, 2015

WILLIAM H. ORRICK
United States District Judge